UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AGUSTIN FIGUEROA, JR., ANTONIA
SCALISSE FIGUEROA,

        Plaintiffs,

-vs-                                                   Case No.  6:08-cv-830-Orl-19KRS

POINCIANA ASSOCIATION,

        Defendant.
_____

## ORDER

This case comes before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 3, filed June 16, 2008), and the "Answer To: Application to Proceed Without Prepayment of Fees" (Doc. No. 4, filed June 30, 2008), construed as an objection to the Report and Recommendation.

Plaintiffs filed this suit against a homeowners' association, alleging violations of the United States Constitution and unspecified civil rights.  (Doc. No. 1, filed May 27, 2008.)  An application to proceed *in forma pauperis* accompanied their Complaint.  (Doc. No. 2, filed May 27, 2008.)  On June 16, 2008, the United States Magistrate Judge recommended that the application be denied because the Complaint gave no basis for this Court to assert subject matter jurisdiction.  (Doc. No. 3 at 2.)  The Magistrate Judge also instructed Plaintiffs that they must specify the federal rights which have been violated, set forth separate claims in separate paragraphs, and must each sign the complaint individually if they wish to proceed *pro se*.  (*Id.* at 3.)  On June 30, 2008, Plaintiffs filed an "Answer" that quoted several sections of the United States Constitution and recounted an episode where they were required to remove 150 concrete blocks from their residence.  (Doc. No. 4 at 1-4.)

Under 28 U.S.C. § 1915, the Court is required to dismiss a case brought *in forma pauperis* where:

>    (A) the allegation of poverty is untrue; or
>    (B) the action or appeal --
>        (i) is frivolous or malicious;
>        (ii) fails to state a claim on which relief may be granted; or
>        (iii) seeks monetary relief against a defendant who is immune from such relief.

28 U.S.C. § 1915(e)(2) (2006).

A party seeking to challenge the findings in a Report and Recommendation of the United States Magistrate Judge must file "written objections which specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x. 781, 783 (11th Cir. 2006) (quoting *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). If a party makes a proper objection, the District Court must conduct a *de novo* review of the portions of the report to which objection is made. *Id.* at 783-84. By contrast, general objections to a report and recommendation are reviewed for "clear error on the face of the record." *Id.* at 784. After concluding its review, the District Court may accept, reject, or modify the Magistrate Judge's findings or recommendations. *Id.*

Plaintiffs do not make specific objections to the Magistrate Judge's findings. Thus, the Report and Recommendation must be reviewed for clear error. Upon review, no such error appears "on the face of the record." *Macort*, 208 F. App'x at 784. In fact, the Magistrate Judge correctly applied 28 U.S.C. section 1915 and concluded that Plaintiffs failed to establish a basis for this Court to exercise subject matter jurisdiction. *See, e.g.*, *Univ. of S. Ala. v. Am. Tobacco Co.*, 168 F.3d 405, 410 (11th Cir. 1999).

Accordingly, the Court **ADOPTS** the Report and Recommendation (Doc. No. 3). The Complaint (Doc. No. 1) is **DISMISSED without prejudice,** and the Application to Proceed without Prepayment of Fees (Doc. No. 2) is **DENIED**. Plaintiffs have **eleven (11) days** from the date of this Order to file an Amended Complaint that complies with this Order and with the Report and Recommendation (Doc. No. 3). If Plaintiffs choose to proceed without paying the applicable filing fee, they must file a renewed application to proceed without prepayment of fees. Failure to comply with this Order may result in dismissal of this action with prejudice and without further warning.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 20, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Unrepresented Parties